## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| GEARY MYERS, RELATOR, PRIVATE ATTORNEY GENERAL, INTERESTED PARTY, | : No. 39 EM 2018 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JANE CUTLER GREENSPAN, KEOGH, FITZGERALD III, REBSTOCK (JUDGES); LYNN ABRAHAM, ARLENE FISK, JUDE CONROY (DISTRICT ATTORNEY/ASSISTANT DISTRICT ATTORNEYS); VIVIAN T. MILLER (CLERK OF COURT); JOHN BELL #9144, RICHARD BOVA #9228, JOHN VERRECHIO #0609, FRANCIS PIERCE #9046, DAVID BAKER #0612, LEDDIE BROWN #9951, ALTHEA JONES #3663, KENNETH MCKENNEY #9986, MICHAEL COHEN #0763, HOWARD GELFAND #0629, JAMES LAMB #9071, MICHAEL DUFFY #9053, PAUL JESBERGER #531, JAMES KERRIGAN #251, RAYMOND DOUGHERTY #604, CARL SAMPSON #5265, KENNETH MARSAGLIA #3265, ANTHONY HAY #4495 (DETECTIVE(S)/POLICEMEN/OFFICER(S), ABRAHAM POLOKOFF, MARGARET MCCOOK (BAIL COMMISSIONERS), | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the "Ex Parte Petition for Writ of Error Quo Warranto" is DENIED.